Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office:  (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Linda A. Breazeale,<br><br>       Plaintiff,<br><br>v.<br><br>Winn Law Group, APA; and Harvest Credit Management IV, LLC;<br><br>       Defendants. | No.  CV2012-0864-PHX-JAT<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff hereby gives notice of dismissal of this action as to all parties and to all claims, with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

1

2        DATED   September 7, 2012   .

3

4                                   s/ Floyd W. Bybee
                                    Floyd W. Bybee, #012651
5                                   **BYBEE LAW CENTER, PLC**
                                    90 S. Kyrene Rd, Ste. 5
6                                   Chandler, AZ 85226-4687
                                    Office: (480) 756-8822
7                                   Fax: (480) 302-4186
                                    floyd@bybeelaw.com
8
                                    Attorney for Plaintiff
9

10

11  Copy of the foregoing emailed
     September 7, 2012   to:
12
    John E. Gordon
13  WINN LAW GROUP, APC
    110 E. Wilshire Avenue, Suite 212
14  Fullerton, CA 92832-1960
    Attorneys for Defendants
15

16  by    s/ Floyd W. Bybee

17

18

19

20

21

22

23

24

25